# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEADFAST INSURANCE COMPANY.
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JOANNA KISHNER, DISTRICT JUDGE,
Respondents,

and

JOHN STINSON, AN INDIVIDUAL; AND DUNIESKY VELAZQUEZ-ESCOBEDO, AN INDIVIDUAL,
Real Parties in Interest.

No. 82938

FILED

OCT 22 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS

This emergency, original petition for a writ of mandamus challenges the district court's refusal to allow petitioner to intervene in the underlying personal injury action. Petitioner has now filed a joint notice of settlement, signed by counsel for all parties, indicating that the underlying district court case has been resolved in its entirety, which renders this writ petition moot, and seeking to withdraw the petition. The notice is treated a joint motion for voluntary dismissal. NRAP 42(b). The motion is granted, and this writ proceeding is hereby dismissed.

It is so ORDERED.

_____, C.J.

SUPREME COURT
OF
NEVADA

(O) 1947A

21-30518

cc: Hon. Joanna Kishner, District Judge
Selman Breitman, LLP/Las Vegas
Bighorn Law/Las Vegas
Eighth District Court Clerk